UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
RUSSELL TAYLOR,

                            Plaintiff,

               -against-                       **STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

THE CITY OF NEW YORK, and NEW YORK CITY
POLICE Detective Raymond Wittick,
                                                                                 09 Civ 4098 (JG)(RLM)

                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       **WHEREAS,** plaintiff commenced this action by filing a complaint on or about September 23, 2009, alleging violations of his federal and state rights; and

       **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

       **WHEREAS,** the parties now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

       1.    The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

       2.    Defendant City of New York hereby agrees to pay plaintiff RUSSELL TAYLOR, Thirteen Thousand Dollars ($13,000.00) in full satisfaction of all claims, including claims for costs, expenses and attorney fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against defendants City of New York, Raymond Wittick and any present or former employees or agents of the City of New York or any agency

thereof, from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to the defendants' attorney all documents necessary to effect this settlement, including, without limitation, General Releases based on the terms of paragraph "2" above and an Affidavit of Status of Liens.

4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Police Department.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary

the terms and conditions contained herein.

Dated: New York, New York
       March 26, 2010

Duane C. Felton, Esq.  
*Attorney for Plaintiff*  
805 Castleton Avenue  
Staten Island, New York 10310  
(718) 273-9600  

By: _____ (DF3777)  
    DUANE C. FELTON

MICHAEL A. CARDOZO  
Corporation Counsel of the  
  City of New York  
*Attorney for Defendants*  
100 Church Street, 3-192  
New York, New York 10007  
(212) 788-9580  

By: _____  
    AFSAAN SALEEM  
    Assistant Corporation Counsel

SO ORDERED:

_____  
U.S.D.J.